IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 6:19-cv-01976-HMH |
| | ) | |
| v. | ) | |
| | ) | |
| $69,940.50 IN UNITED STATES CURRENCY | ) | |
| Asset ID: 19-CBP-000267 | ) | |

### FINAL ORDER OF FORFEITURE AS TO $69,940.50 IN UNITED STATES CURRENCY

This matter is before the Court upon motion of the United States for a final order of forfeiture as to $69,940.50 in United States Currency ("Defendant Currency"). The United States makes this motion after an Opinion and Order was filed by this Court, on September 22, 2020, granting the Government's motion for summary judgment (ECF # 37), and based upon the following:

1. On July 16, 2019, the Government filed a Verified Complaint for forfeiture in rem commencing the action pursuant to the civil forfeiture provisions of 21 U.S.C. §881(a)(6), 18 U.S.C. § 981 and 18 U.S.C. § 2323. (ECF #1). The United States sought forfeiture of the Defendant Currency as proceeds of controlled substance violations, property involved in money laundering, and/or proceeds of trafficking in counterfeit goods.

2. On August 21, 2019, Derek McClellan and Yvonne Silver filed claims in the suit. (ECF #10). On September 11, 2019, Claimants McClellan and Silver filed an

answer to the complaint. (ECF#11).

3. The Government advertised the forfeiture on www.forfeiture.gov from July 17, 2019 to August 15, 2019. (ECF#7, Decl. of Publication). No other parties have filed claims or answers.

4. The Government moved for summary judgment on August 19, 2020. (ECF #37). The Claimants filed a Response in Opposition to the Government's Motion for Summary Judgment on September 14, 2020. (ECF #49). The Government filed a Reply to Claimant's Response to the Government's Motion for Summary Judgment on September 17, 2020. (ECF #17). This Court filed an Opinion and Order on September 20, 2020 (ECF #53) granting the Government's motion for summary judgment.

5. The Claimants have not filed a notice of appeal.

NOW THEREFORE, upon motion of the United States and for good cause shown,

It is hereby ORDERED, ADJUDGED and DECREED that

1. All right, title and interest in and to the following property is hereby forfeited to the United States of America; and the said property shall be disposed of by the Department of Homeland Security Investigations in accordance with law:

United States Currency:

$69,940.50 in United States Currency
Asset ID: 19-CBP-000267

3. The Department of Homeland Security Investigations and/or their

designees are hereby requested to seize the above-described property as directed by the United States Attorney's Office, to be held by the Department of Homeland Security Investigations in its secure custody and control pending the disposal of the property.

4.     The court shall retain jurisdiction to resolve disputes which may arise and to enforce and amend this Order as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

5.     The Clerk, U.S. District Court for the District of South Carolina, shall provide one certified copy of this Order to the United States Attorney's Office Asset Forfeiture Unit.

IT IS SO ORDERED.

*s/ Henry M. Herlong, Jr.*
HENRY M. HERLONG
SENIOR UNITED STATES DISTRICT JUDGE

October 20, 2020
Greenville, South Carolina